**Opinion filed May 23, 2019**



### In The

# Eleventh Court of Appeals

_____

## No. 11-19-00069-CV

_____

## MICHAEL MCLANE FLOYD, Appellant
## V.
## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 132nd District Court
### Scurry County, Texas
### Trial Court Cause No. 26319

---

## MEMORANDUM OPINION

Appellant has filed in this court a motion to dismiss this appeal. He states that he has consulted with his counsel and "has decided to dismiss his appeal in this cause." Appellant indicates that the State does not oppose his motion. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

May 23, 2019                                                     PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.